# United States Court of Appeals
## For the First Circuit

No. 03-1047

EILEEN GWYN, ON HER OWN BEHALF, AND AS EXECUTRIX
OF THE ESTATE OF HOWARD GWYN, and MARGARET DO,

Plaintiffs, Appellants,

v.

LOON MOUNTAIN CORPORATION,
d/b/a LOON MOUNTAIN SKI AREA,

Defendant, Appellee.

The opinion of this Court, issued on November 25, 2003, should be amended as follows:

On page 6, line 8 of second paragraph, replace "argue" with "argues".

On page 11, line 5 of first full paragraph, replace "rulings" with "rules".

On page 11, line 6 of first full paragraph, insert "the standards for" between "is" and "such".